THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM MONROE, Appellant.

Submitted June 18, 2012; decided June 26, 2012

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 74 Trinity Place, 11th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM MORRISON, Appellant.

Submitted June 4, 2012; decided June 26, 2012

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TYRONE PRESCOTT, Appellant.

Submitted June 11, 2012; decided June 26, 2012

Motion for assignment of counsel granted and Thomas F. Gleason, Esq., care of Gleason, Dunn, Walsh & O'Shea, Esqs., 40 Beaver Street, Albany, New York 12207 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HILBERT STANLEY, Appellant.

Submitted June 4, 2012; decided June 26, 2012

Motion for assignment of counsel granted and Steven Banks, Esq., the Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.